IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
| | : | |
| Debtor | : | |
| | : | Chapter   13 |
| | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Jason R. Johns</u> counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By: _/s/ Jason R. Johns_____
Signature

Jason R. Johns_____
Typed Name

633 Long Run Road, McKeesport, PA 15132_____
Address

412 751-2770_____
Phone No.

PA #93168_____
List Bar I.D. and State of Admission

PAWB Local Form 30 (07/13)

Sherman Originator III LLC
c/o Resurgent Capital @ PO Box 10497
Greenville, SC 29603