IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. |
| Movant | : | |
| Peter F. Rotondo, Jr. | : | |
| v. | : | Hearing Date and Time: |
| ESSG | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

### CERTIFICATE OF SERVICE OF DEBTOR'S WAGE ATTACHMENT ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>December 11, 2018</u> at:
Employer Solutions Staffing Group, 7480 Flying Cloud Dr. Ste 200, Eden Prairie, MN 55344

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>first-class mail.</u>

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: <u>December 11, 2018</u>

By:  <u>/s/ Jason R. Johns_____</u>
Signature
<u>Jason R. Johns_____</u>
Typed Name
<u>633 Long Run Road, McKeesport, PA 15132_____</u>
Address
<u>412 751-2770_____</u>
Phone No.
<u>PA ID #93168_____</u>
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**