IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. |
| Movant | : | |
| Peter F. Rotondo, Jr. | : | |
| v. | : | Hearing Date and Time: |
| Concrete Concepts, Inc. | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S WAGE ATTACHMENT ORDER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) April 15, 2019 at:
Concrete Concepts, Inc., 1095 Thompson Avenue, McKees Rocks, PA 15136

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: April 15, 2019

By:    /s/ Jason R. Johns_____
       Signature
       Jason R. Johns_____
       Typed Name
       633 Long Run Road, McKeesport, PA 15132_____
       Address
       412 751-2770_____
       Phone No.
       PA ID #93168_____
       List Bar I.D. and State of Admission