IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Related to Document No. 4 9 |
| Movant | : | |
| Peter F. Rotondo, Jr. | : | |
| v. | : | Hearing Date and Time: |
| Deufol | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

### CERTIFICATE OF SERVICE OF DEBTOR'S WAGE ATTACHMENT ORDER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) May 15, 2019 at:

Deufol, 3501 Grand Avenue, Pittsburgh, PA 15225

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 15, 2019.

By:  /s/ Jason R. Johns_____
Signature
Jason R. Johns_____
Typed Name
633 Long Run Road, McKeesport, PA 15132_____
Address
412 751-2770_____
Phone No.
PA ID #93168_____
List Bar I.D. and State of Admission

PAWB Local Form 7 (07/13)