**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

07/21/2020

IN RE:

PETER FRANK ROTONDO, JR.
129 GRANT AVENUE
PITTSBURGH, PA  15209
XXX-XX-7039          Debtor(s)

Case No.18-24020 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/21/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br>PITTSBURGH, PA  15233 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: CL10GOV*237.22x(60+2)=LMT*$0 ARRS/PL-CL | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5750 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 8,018.94<br>COMMENT: BARCLAYS/WYNDHAM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2351 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2465 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0530 |
| **CHASE BANK USA NA(*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 4,675.90<br>COMMENT: 6428/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9016 |
| **QUANTUM3 GROUP - AGENT FOR JH PORTFOLI**<br>PO BOX 788<br>KIRKLAND, WA  98063-0788 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 12,544.69<br>COMMENT: 0322/SCH*CITIBANK/DIVIDEND WORLD CARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9506 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 3,343.96<br>COMMENT: 7538/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2774 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI  02915 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7142 |

| Creditor | Trustee Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7382 | CLAIM: 8,447.20<br>COMMENT: 6048/SCH*DFNCY BAL |
| **CAPITAL ONE NA***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3699 | CLAIM: 781.00<br>COMMENT: 3568/SCH*KOHL'S |
| **FREDERIC I WEINBERG ESQ**<br>THE LAW OFCS OF FREDERIC I WEINBERG & AS<br>375 E ELM ST STE 210<br>CONSHOHOCKEN, PA 19428 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **MRS BPO, L.L.C.**<br>1930 OLNEY AVE.<br>CHERRY HILL, NJ 08003 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **RADIUS GLOBAL SOLUTIONS**<br>PO BOX 390846<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **CENTRAL CREDIT SERVICES INC**<br>9550 REGENCY SQ BLVD #500<br>JACKSONVILLE, FL 32225 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **SENTRY CREDIT**<br>POB 12070<br>EVERETT, WA 98206 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **D & A SERVICES**<br>1400 E TOUHY AVE STE G2<br>DES PLAINES, IL 60018 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **AMERICAN RECOVERY SVC INC**<br>POB 1025<br>THOUSAND OAKS, CA 91358 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |

| Creditor | Trustee Claim # | Court Claim # | CRED DESC | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| CMC<br>POB 16346<br>PITTSBURGH, PA 15242-0346 | 21 | | SPECIAL NOTICE ONLY | | 0.00 | |
| JH PORTFOLIO DEBT EQUITIES<br>5230 LAS VIRGENES RD STE 265<br>CALABASAS, CA 91302 | 22 | | SPECIAL NOTICE ONLY | | 0.00 | |
| ANGELA ROTONDO<br>207 W 11TH AVE<br>TARENTUM, PA 15084 | 23 | | NOTICE ONLY | | 0.00 | /SCH H |
| QUANTUM3 GRP LLC AGNT - GALAXY INTL PUR<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 24 | 3 | UNSECURED CREDITOR | 0370 | 10,559.01 | NT/SCH*LENDINGCLUB/WEBBANK |
| JAMES C WARMBRODT ESQ<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | 25 | | NOTICE ONLY | | 0.00 | PNC/PRAE |
| UPMC HEALTH SERVICES<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | 26 | 4 | UNSECURED CREDITOR | 7039 | 982.00 | NT/SCH |
| WELLS FARGO BANK NA D/B/A WELLS FARGO<br>PO BOX 17900<br>DENVER, CO 80217-0900 | 27 | 8 | UNSECURED CREDITOR | 0492 | 9,158.74 | NT/SCH*REPO*2016 LOAN |
| DUQUESNE LIGHT COMPANY*<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | 28 | 9 | UNSECURED CREDITOR | 3887 | 211.19 | NT/SCH |
| BOROUGH OF MILLVALE (SWG)<br>C/O JORDAN TAX SVC - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | 29 (INT 10.00%) | 12 | SECURED CREDITOR | G79A | 0.00 | 79-G-79-A*$CL12GOV@10%/CONF*THRU 10/18*NT/SCH-PL*WNTS 10%*GU BAR OK |