IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
|  | : |  |
| Debtor(s) | : |  |
|  | : | Chapter 13 |
|  | : |  |
| Peter F. Rotondo, Jr. | : |  |
| Movant | : |  |
| v. | : |  |
|  | : |  |
| No Respondent(s) | : |  |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR TO SELL DEBTOR'S REAL PROPERTY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application To Employ Realtor To Sell Debtor's Real Property filed on February 26, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application To Employ Realtor To Sell Debtor's Real Property appears thereon. Pursuant to the Notice of Hearing, objections to the Application To Employ Realtor To Sell Debtor's Real Property were to be filed and served no later than March 15, 2021.

It is hereby respectfully requested that the Order attached to the Application To Employ Realtor To Sell Debtor's Real Property be entered by the Court.

Dated:  03/18/2021

By:  /s/ Jason R. Johns
Signature

Jason R. Johns
Typed Name

428 Forbes Avenue, Suite 1901, Pittsburgh, PA 15219
Address

(412) 209-3206
Phone No.

PA Bar # 93168
List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**