IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Peter F. Rotondo, Jr. | : | |
| Movant | : | |
| v. | : | |
| No Respondent(s) | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on March 24, 2021, a true and correct copy of the Order Approving Retention of Realtor/Broker was served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties:

Michael Bello
Buy-N-Sell Real Estate
1725 Washington Road, Suite 100
Pittsburgh, PA 15241

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Date of Service: March 24, 2021

BY: /s/ Jason R. Johns
JASON R. JOHNS, ESQ.
ANDERSON & LABOVITZ, LLC.
428 Forbes Ave., Ste. 1901
Pittsburgh, PA 15219
Tel: (412) 209-3206
Fax: (412) 291-1001
Email: jjohns@palawfirm.com
PA ID No. 93168