IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Peter F. Rotondo, Jr. | : | Bankruptcy No. 18-24020 |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Peter F. Rotondo, Jr. | : | Document No. 62 |
| | : | Hearing Date & Time: May 5, 2021 – 1:30 PM |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Win Plus Management LLC, Estate of Peter F. Rotondo, Sr., Shaler Township, Shaler Area School District, County of Allegheny, Allegheny County Sanitary Authority, Hampton Shaler Water Authority and Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Sell Real Estate Free And Clear Of Liens filed on April 2, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion To Sell Real Estate Free And Clear Of Liens appears thereon. Pursuant to the Notice of Hearing, objections to the Motion To Sell Real Estate Free And Clear Of Liens were to be filed and served no later than April 19, 2021.

It is hereby respectfully requested that the Order attached to the Motion To Sell Real Estate Free And Clear Of Liens be entered by the Court.

Dated:  04/20/2021                              By:  /s/ Jason R. Johns
                                                      Signature

                                                      Jason R. Johns
                                                      Typed Name

                                                      428 Forbes Avenue, Suite 1901, Pittsburgh, PA 15219
                                                      Address

                                                      (412) 209-3206
                                                      Phone No.

                                                      PA Bar # 93168
                                                      List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**