# Proof of Publication of Notice
## Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* } SS:
*County of Allegheny,* }

**Bankruptcy Sale**
May 5, 2021
In Re: Peter F. Rotondo, Jr.
Case No. 18-24020-GLT
Property to be Sold:
1934 Wood Place, Glenshaw, PA 15116
For Additional Information:
www.pawb.uscourts.gov/easi.htm
21-01577 Apr 23, 2021

I, Sharon Antill, am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published by the Allegheny County Bar Association whose mailing address is 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and the image of the notice appearing to the right is the same as is published in the issue or issues of said legal newspaper on the following date or dates:

Apr 23, 2021

I further state that I am the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, and that I am not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication is true.

Date: April 23, 2021

Notary Public: Sharon Antill

Commonwealth of Pennsylvania - Notary Seal
Sharon Antill, Notary Public
Allegheny County
My commission expires September 23, 2024
Commission number 1377002
Member, Pennsylvania Association of Notaries

Beth Mulholland
Anderson & Labovitz, LLC
428 Forbes Avenue
Suite 1901
Pittsburgh, PA 15219

**Statement of Advertising Cost**
For publishing the notice or advertisement on the above stated dates... $69.00
Proof Fees .................................................. $0.00
Total ........................................................ $69.00

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 21-01577