## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __T. Kopyar__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**22 of April, 2021**
Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

*[signature]*
PG Publishing Company

Sworn to and subscribed before me this day of:
April 22, 2021

*[signature: Patricia A Haluka]*

**COPY OF NOTICE OR PUBLICATION**

Bankruptcy Sale
May 5, 2021
In Re: Peter F. Rotondo, Jr.
Case No. 18-24020-GLT
Property to be Sold:
1934 Wood Place,
Glenshaw, PA 15116
For Additional Information:
www.pawb.uscourts.gov/easl.htm

Commonwealth of Pennsylvania - Notary Seal
Patricia A. Haluka, Notary Public
Allegheny County
My commission expires December 4, 2024
Commission number 1387348
Member, Pennsylvania Association of Notaries

### STATEMENT OF ADVERTISING COSTS
```
Anderson & Labovitz, LLC
428 Forbes Ave., Ste.1901
Pittsburgh    Pennsylvania 15219
```

To PG Publishing Company

Total ------------------------------------------- $65.00

## Publisher's Receipt for Advertising Costs
PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office
2201 Sweeney Drive
CLINTON, PA 15026
Phone 412-263-1338

PG Publishing Company, a Corporation, Publisher of
Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For