FILED
5/6/21 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:   18-24020-GLT |
| | : | Chapter:     13 |
| Peter Frank Rotondo, Jr. | : | |
| | : | |
| | : | Date:    5/5/2021 |
| *Debtor(s).* | : | Time:    01:30 |

## PROCEEDING MEMO

**MATTER:**   #62 Motion to Sell Property Free and Clear of Liens under Section 363(f)
#65 CNO Filed
#66 Proof of Publication PLJ
#67 Proof of Publication PPG

**APPEARANCES**:
Debtor:    Jason R. Johns
Trustee:   Owen Katz

**NOTES:** (2:08)

Johns: We've filed the proofs of publication and there have been no objections.

Court:  Who is involved with the buyer entity?

Johns:  It's hard to make the name out.  I'm looking at the proposed settlement sheet and it just shows an LLC.

Court: There's a signature for buyer in the agreement by Tie Lu.  Is that accurate?  There's no relationship between the LLC and the debtor?

Johns: No, there isn't.

Court: Have all contingencies been satisfied?  Has the settlement date been extended?

Johns: Yes.

[Property exposed for sale]

Court: There's no one in the courtroom, and the offer is the highest and best.

**OUTCOME:**

1. Debtor's *Motion to Sell Property Free and Clear of Liens under Section 363(f)* [Dkt. No. 62] is GRANTED [JH to Issue Proposed Order No. 62-4 with the following modifications: On page 2, paragraph (3) add:  "Pittsburgh Legal Journal," "April 23, 2021"; and" Pittsburgh Post Gazette" "April 22, 2021"; On page 3, in Paragraph (5) add: "$65"; in Paragraph (6) add: "$69"; On page 3 after "FURTHER ORDERED," add a new paragraph (5) at the bottom of page 3: "(5) Notwithstanding anything in the sale agreement to the contrary, any pre-closing dispute shall be submitted to the bankruptcy court for resolution provided that the bankruptcy case is pending at the time."]

**DATED:**  5/5/2021