IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Peter F. Rotondo, Jr. : | Bankruptcy No. 18-24020 |
| : | |
| Debtor(s) : | |
| : | Chapter 13 |
| : | |
| Peter F. Rotondo, Jr. : | |
| : | |
| Movant : | |
| v. : | |
| : | |
| Win Plus Management LLC, Estate of Peter F. : | |
| Rotondo, Sr., Shaler Township, Shaler Area : | |
| School District, County of Allegheny, : | |
| Allegheny County Sanitary Authority, : | |
| Hampton Shaler Water Authority and : | |
| Ronda J. Winnecour, Trustee, : | |
| : | |
| Respondents : | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on May 13, 2021, a true and correct copy of the Order Confirming Chapter 13 Sale of Property Free and Clear of Liens was served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties:

Michael Bello
Buy-N-Sell Real Estate
1725 Washington Road, Suite 100
Pittsburgh, PA 15241

Coldwell Banker Real Estate Services
20510 Route 19, Suite 101
Cranberry Twp., PA 16066

Shaler Township
300 Wetzel Road,
Glenshaw, PA 15116

Shaler Area School District
1800 Mt. Royal Blvd.
Glenshaw, PA 15116-2196

County of Allegheny
Allegheny County Treasurer
Room 109 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2497

Allegheny County Sanitary Authority
3300 Preble Avenue
Pittsburgh, PA 15233

Hampton Shaler Water Authority
P.O. Box 66
3101 McCully Road
Allison Park, PA 15101

Date of Service: <u>May 13, 2021</u>

BY: <u>/s/ Jason R. Johns</u>
JASON R. JOHNS, ESQ.
ANDERSON & LABOVITZ, LLC.
428 Forbes Ave., Ste. 1901
Pittsburgh, PA 15219
Tel: (412) 209-3206
Fax: (412) 291-1001
Email: jjohns@palawfirm.com
PA ID No. 93168