**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/4/21 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  PETER FRANK ROTONDO, JR.<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>PETER FRANK ROTONDO, JR.<br><br><br>        Respondents | Case No.18-24020GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 75 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 4th day of August 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Deufol
Attn: Payroll Manager
3501 Grand Ave
Pittsburgh, PA 15225

is hereby ordered to immediately terminate the attachment of the wages of PETER FRANK ROTONDO, JR., social security number XXX-XX-7039.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PETER FRANK ROTONDO, JR..

BY THE COURT:

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24020-GLT |
| Peter Frank Rotondo, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Peter Frank Rotondo, Jr., 129 Grant Avenue, Pittsburgh, PA 15209-2607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jason R. Johns | on behalf of Debtor Peter Frank Rotondo  Jr. jjohns@palawfirm.com, jason.johns@johnslawpc.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Millvale jhunt@grblaw.com  cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: dkam | Page 2 of 2
Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7