**Fill in this information to identify the case:**

Debtor 1  Peter Frank Rotondo, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number  18-24020-glt

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 5750

**Property address:** 129 Grant Ave.

Millvale, PA 15209

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $:

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/1/2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $

c. **Total**. Add lines a and b.   (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    MM / DD / YYYY

| Debtor 1 | Peter Frank Rotondo, Jr. | | | Case number (*if known*) 18-24020 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ Monica Frye  Signature     Date 09/16/2021

Print    Monica Frye                                   Title  Bankruptcy Specialist
         First Name    Middle Name    Last Name

Company    PNC Bank, National Association

**If different from the notice address listed on the proof of claim to which this response applies:**

Address
         Number         Street

         City                    State      ZIP Code

Contact phone           Email

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| IN RE: Peter Frank Rotondo, Jr. | Case No. 18-24020<br>Judge Gregory L. Taddonio<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE OF
RESPONSE TO NOTICE OF FINAL CURE PAYMENT

    I, the undersigned, hereby certify that, on September 16, 2021, a true and correct copy of the Response to Notice of Final Cure Payment was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Jason R. Johns
Trustee: Ronda J. Winnecour
Office of the United States Trustee

    Further, I certify that, on September 16, 2021, a true and correct copy of the Response to Notice of Final Cure Payment was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Peter Frank Rotondo, Jr.    129 Grant Avenue, Pittsburgh, PA 15209

By: /s/ Monica Frye
Monica Frye
PNC Bank, N.A.
PO Box 94982 Cleveland
OH 44101 855-245-3814