**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PETER FRANK ROTONDO, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24020<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2018 and confirmed on 12/12/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 96,812.29 |
| Less Refunds to Debtor | 27,613.77 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,198.52 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 1,935.97 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,935.97 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 8,539.92 | 0.00 | 8,539.92 |
|     Acct: 5750 | | | | |
|   BOROUGH OF MILLVALE (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: G79A | | | | |
| | | | | 8,539.92 |
| **Priority** | | | | |
|   JASON R JOHNS ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PETER FRANK ROTONDO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PETER FRANK ROTONDO, JR. | 27,613.77 | 27,613.77 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 8,018.94 | 8,018.94 | 0.00 | 8,018.94 |
|     Acct: 2351 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2465 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0530 | | | | |
|   CHASE BANK USA NA(*) | 4,675.90 | 4,675.90 | 0.00 | 4,675.90 |
|     Acct: 9016 | | | | |
|   QUANTUM3 GROUP - AGENT FOR JH POF | 12,544.69 | 12,544.69 | 0.00 | 12,544.69 |
|     Acct: 9506 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 3,343.96 | 3,343.96 | 0.00 | 3,343.96 |
|     Acct: 2774 | | | | |
|   CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7142 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 8,447.20 | 8,447.20 | 0.00 | 8,447.20 |
|     Acct: 7382 | | | | |
|   CAPITAL ONE NA** | 781.00 | 781.00 | 0.00 | 781.00 |
|     Acct: 3699 | | | | |
|   QUANTUM3 GRP LLC AGNT - GALAXY INT | 10,559.01 | 10,559.01 | 0.00 | 10,559.01 |

18-24020                                                                                        Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0370 | | | | |
| UPMC HEALTH SERVICES | 982.00 | 982.00 | 0.00 | 982.00 |
| Acct: 7039 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 9,158.74 | 9,158.74 | 0.00 | 9,158.74 |
| Acct: 0492 | | | | |
| DUQUESNE LIGHT COMPANY* | 211.19 | 211.19 | 0.00 | 211.19 |
| Acct: 3887 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANGELA ROTONDO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MRS BPO, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RADIUS GLOBAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CENTRAL CREDIT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SENTRY CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| D & A SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN RECOVERY SVC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 58,722.63 |

TOTAL PAID TO CREDITORS                                                                67,262.55

TOTAL CLAIMED
PRIORITY           0.00
SECURED            0.00
UNSECURED     58,722.63

Date: 09/24/2021                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    PETER FRANK ROTONDO, JR.<br><br>         Debtor(s)<br><br>    Ronda J. Winnecour<br>         Movant<br>      vs.<br>    No Repondents. | Case No.:18-24020<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                        BY THE COURT:

                                                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 18-24020-GLT

Peter Frank Rotondo, Jr.                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Frank Rotondo, Jr., 129 Grant Avenue, Pittsburgh, PA 15209-2607 |
| cr | + | Borough of Millvale, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| r | + | Michael Bello, Buy-N-Sell Real Estate, 1725 Washington Road, Suite 100, Pittsburgh, PA 15241-1207 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951161 | + | American Recovery Service, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983 |
| 14930693 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14970041 | + | Borough of Millvale, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14930694 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14962260 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14951162 | + | Central Credit Services LLC, 9550 Regency Square Blvd. Ste 500A, Jacksonville, FL 32225-8169 |
| 14968836 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14951164 | + | D & A Services, 1400 E. Touchy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 14930699 | | Duquesne Light, c/o Peter J. Ashcroft, Esq., Suite 2200 Gulf Tower, Pittsburgh, PA15219 |
| 14951166 | + | Frederic Weinberg Law Offices, 375 E. Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 14930701 | + | Jason R. Johns, Esquire, 633 Long Run Road, McKeesport, PA 15132-7449 |
| 14951168 | + | MRS BPO L.L.C., 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14930704 | + | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14951169 | + | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14959357 | + | Sherman Originator III LLC, c/o Resurgent Capital @ PO Box 10497, Greenville, SC 29603-0497 |
| 14930706 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14959290 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14963925 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14930707 | + | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937359 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2021 23:24:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14930698 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2021 23:24:00 | Citizens Bank, NA, 770 Legacy Pl, Dedham, MA 02026 |
| 14930696 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | Citibank N.A., 399 Park Avenue, New York N.Y. 10022-4614 |
| 14930697 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14951163 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 27 2021 23:25:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14967471 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2021 23:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14951165 | + | Email/Text: bknotice@ercbpo.com | | |

|  |  |  | Sep 27 2021 23:25:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
|---|---|---|---|---|
| 14930700 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2021 23:24:00 | Gmfinancial, PO Box 181145, Arlington, TX 76096-1145 |
| 14951167 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Sep 27 2021 23:25:00 | JH Portfolio Debt Equities LLC, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14930695 |   | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:22 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14930702 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14960406 |   | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14930703 | + | Email/Text: bk@lendingclub.com | Sep 27 2021 23:25:00 | Lending Club, Dept. 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14930705 |   | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14968622 |   | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14963367 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955496 |   | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14946276 |   | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951170 | + | Email/Text: compliance@sentrycredit.com | Sep 27 2021 23:25:00 | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 14930708 | + | Email/Text: bankruptcydept@wyn.com | Sep 27 2021 23:25:00 | Wynham Vacation Resorts, Inc., 10750 W Charleston Blvd., Last Vegas NV 89135-1049 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14959334 | *+ | American Recovery Service, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983 |
| 14959335 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14959336 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14959341 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, NA, 770 Legacy Pl, Dedham, MA 02026 |
| 14959337 | *+ | Central Credit Services, LLC, 9550 Regency Square Blvd. Ste 500A, Jacksonville, FL 32225-8169 |
| 14959339 | *+ | Citibank N.A., 399 Park Avenue, New York N.Y. 10022-4614 |
| 14959340 | *+ | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14959342 | *+ | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14959343 | *+ | D & A Services, 1400 E. Touchy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 14959344 | * | Duquesne Light, c/o Peter J. Ashcroft, Esq., Suite 2200 Gulf Tower, Pittsburgh, PA15219 |
| 14959345 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14959346 | *+ | Frederic Weinberg Law Offices, 375 E. Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 14959347 | *+ | Gmfinancial, PO Box 181145, Arlington, TX 76096-1145 |
| 14959349 | *+ | JH Portfolio Debt Equities LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14959338 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14959348 | *+ | Jason R. Johns, Esquire, 633 Long Run Road, McKeesport, PA 15132-7449 |

| | | |
|---|---|---|
| 14959350 | *+ | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14959351 | *+ | Lending Club, Dept. 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14959352 | *+ | MRS BPO, L.L.C, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14959354 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14959353 | *+ | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14959355 | *+ | Radius Global Solutions LLC, Po Box 390905, Minneapolis, MN 55439-0905 |
| 14959356 | *+ | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 14959358 | *+ | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14959359 | *+ | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |
| 14959360 | *+ | Wynham Vacation Resorts, Inc., 10750 W Charleston Blvd., Last Vegas NV 89135-1049 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021                Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jason R. Johns | on behalf of Debtor Peter Frank Rotondo Jr. jjohns@palawfirm.com, jason.johns@johnslawpc.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Millvale jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7