IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Peter Frank Rotondo Jr. aka Peter Rotondo    :          Bankruptcy No. 18−24020−GLT
                                                                          :
                                   Debtor(s)                     :
                                                                          :          Chapter 13
Trustee, or Debtors(s), Movant                          :
                                                                          :
                         v.                                        :
                                                                          :
Respondents                                                 :

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor is not required to pay any Domestic Support Obligations.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On October 29, 2021 at docket number 87, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

       This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

       Dated: October 29, 2021                          By:     /s/ Jason R. Johns, Esq.
                                                                                  Signature

                                                                                  Jason R. Johns, Esq.
                                                                                  Anderson & Labovitz, LLC
                                                                                  429 Fourth Avenue, Suite 602
                                                                                  Pittsburgh, PA 15219

                                                                                  jjohns@palawfirm.com

                                                                                  (412) 209-3206

                                                                                  PA Bar I.D. # 93168

**PAWB Local Form 24 (07/13)**