

Jason Johns <jjohns@palawfirm.com>

## U.S. Bankruptcy Court, Western District of Pennsylvania - Returned Mail Notice, In re: Peter Frank Rotondo, Jr., Case Number: 18-24020, GLT, Ref: [p-169458490]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>  Thu, Oct 7, 2021 at 3:14 PM
To: jjohns@palawfirm.com

Notice of Returned Mail to Debtor/Debtor's Attorney

October 7, 2021

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: Peter Frank Rotondo, Jr., Case Number 18-24020, GLT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Wells Fargo Dealer Services
PO Box 1697
Winterville, NC 28590-1697

THE UPDATED ADDRESS IS:

Wells Fargo Auto
P.O. Box 168048
Irving, TX 75016-8048

Signature of Debtor or Debtor's Attorney

Date: 11-05-2021

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

R_P218240206040262.PDF
21K

RECEIVED
NOV 08 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA