| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Peter Frank Rotondo Jr.** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−7039 <br> EIN    _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **18−24020−GLT** | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter Frank Rotondo Jr.
aka Peter Rotondo

<u>11/10/21</u>                                       **By the court:**    <u>Gregory L. Taddonio</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                Case No. 18-24020-GLT
Peter Frank Rotondo, Jr.                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: dkam                    Page 1 of 4
Date Rcvd: Nov 10, 2021            Form ID: 3180W             Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Frank Rotondo, Jr., 129 Grant Avenue, Pittsburgh, PA 15209-2607 |
| cr | + | Borough of Millvale, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| r | + | Michael Bello, Buy-N-Sell Real Estate, 1725 Washington Road, Suite 100, Pittsburgh, PA 15241-1207 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951161 | + | American Recovery Service, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983 |
| 14970041 | + | Borough of Millvale, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14930694 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14951162 | + | Central Credit Services LLC, 9550 Regency Square Blvd. Ste 500A, Jacksonville, FL 32225-8169 |
| 14968836 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14951164 | + | D & A Services, 1400 E. Touchy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 14930699 | | Duquesne Light, c/o Peter J. Ashcroft, Esq., Suite 2200 Gulf Tower, Pittsburgh, PA15219 |
| 14951166 | + | Frederic Weinberg Law Offices, 375 E. Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 14930701 | + | Jason R. Johns, Esquire, 633 Long Run Road, McKeesport, PA 15132-7449 |
| 14951168 | + | MRS BPO L.L.C., 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14930704 | + | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14951169 | + | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14959357 | + | Sherman Originator III LLC, c/o Resurgent Capital @ PO Box 10497, Greenville, SC 29603-0497 |
| 14930706 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14959290 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14963925 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 11 2021 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 11 2021 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 10 2021 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14937359 | EDI: PHINAMERI.COM | Nov 11 2021 04:38:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14930693 | + EDI: TSYS2.COM | Nov 11 2021 04:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |

Case 18-24020-GLT   Doc 94   Filed 11/12/21   Entered 11/13/21 00:29:20   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 3180W | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14930698 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2021 23:39:00 | Citizens Bank, NA, 770 Legacy Pl, Dedham, MA 02026 |
| 14962260 | | EDI: BL-BECKET.COM | Nov 11 2021 04:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14968836 | + | Email/Text: RASEBN@raslg.com | Nov 10 2021 23:40:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14930696 | + | EDI: CITICORP.COM | Nov 11 2021 04:38:00 | Citibank N.A., 399 Park Avenue, New York N.Y. 10022-4614 |
| 14930697 | + | EDI: CITICORP.COM | Nov 11 2021 04:38:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14951163 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 10 2021 23:40:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14967471 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 10 2021 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14951165 | + | Email/Text: bknotice@ercbpo.com | Nov 10 2021 23:40:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14930700 | + | EDI: PHINAMERI.COM | Nov 11 2021 04:38:00 | Gmfinancial, PO Box 181145, Arlington, TX 76096-1145 |
| 14951167 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 10 2021 23:40:00 | JH Portfolio Debt Equities LLC, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14930695 | | EDI: JPMORGANCHASE | Nov 11 2021 04:38:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14930702 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 23:39:00 | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14960406 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 23:51:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14930703 | + | Email/Text: bk@lendingclub.com | Nov 10 2021 23:40:00 | Lending Club, Dept. 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14930705 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14968622 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14963367 | | EDI: PRA.COM | Nov 11 2021 04:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955496 | | EDI: Q3G.COM | Nov 11 2021 04:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14946276 | | EDI: Q3G.COM | Nov 11 2021 04:38:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951170 | + | Email/Text: compliance@sentrycredit.com | Nov 10 2021 23:40:00 | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 14930707 | | EDI: WFFC.COM | Nov 11 2021 04:38:00 | Wells Fargo Dealer Services, P.O Box 168048, Irving TX 75016-8048 |
| 14930708 | + | Email/Text: bankruptcydept@wyn.com | Nov 10 2021 23:40:00 | Wynham Vacation Resorts, Inc., 10750 W Charleston Blvd., Last Vegas NV 89135-1049 |

TOTAL: 28

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 3180W | Total Noticed: 45 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14959334 | *+ | American Recovery Service, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983 |
| 14959335 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14959336 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14959341 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, NA, 770 Legacy Pl, Dedham, MA 02026 |
| 14959337 | *+ | Central Credit Services, LLC, 9550 Regency Square Blvd. Ste 500A, Jacksonville, FL 32225-8169 |
| 14959339 | *+ | Citibank N.A., 399 Park Avenue, New York N.Y. 10022-4614 |
| 14959340 | *+ | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14959342 | *+ | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14959343 | *+ | D & A Services, 1400 E. Touchy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 14959344 | * | Duquesne Light, c/o Peter J. Ashcroft, Esq., Suite 2200 Gulf Tower, Pittsburgh, PA15219 |
| 14959345 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14959346 | *+ | Frederic Weinberg Law Offices, 375 E. Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 14959347 | *+ | Gmfinancial, PO Box 181145, Arlington, TX 76096-1145 |
| 14959349 | *+ | JH Portfolio Debt Equities LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14959338 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14959348 | *+ | Jason R. Johns, Esquire, 633 Long Run Road, McKeesport, PA 15132-7449 |
| 14959350 | *+ | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14959351 | *+ | Lending Club, Dept. 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14959352 | *+ | MRS BPO, L.L.C., 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14959354 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14959353 | *+ | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14959355 | *+ | Radius Global Solutions LLC, Po Box 390905, Minneapolis, MN 55439-0905 |
| 14959356 | *+ | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 14959358 | *+ | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14959359 | * | Wells Fargo Dealer Services, P.O Box 168048, Irving, TX 75016-8048 |
| 14959360 | *+ | Wynham Vacation Resorts, Inc., 10750 W Charleston Blvd., Last Vegas NV 89135-1049 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jason R. Johns | on behalf of Debtor Peter Frank Rotondo Jr. jjohns@palawfirm.com, jason.johns@johnslawpc.com |
| Jeffrey R. Hunt | |

| District/off: 0315-2 | User: dkam | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 3180W | Total Noticed: 45 |

on behalf of Creditor Borough of Millvale jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7