IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/10/21 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
PETER FRANK ROTONDO, JR.

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-24020

Chapter 13

Related to Docket No. 80

## ORDER OF COURT

AND NOW, this _____ 10th Day of November, 2021 _, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Peter Frank Rotondo, Jr.  
    Debtor

Case No. 18-24020-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 3  
Date Rcvd: Nov 10, 2021      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter Frank Rotondo, Jr., 129 Grant Avenue, Pittsburgh, PA 15209-2607 |
| cr | + | Borough of Millvale, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| r | + | Michael Bello, Buy-N-Sell Real Estate, 1725 Washington Road, Suite 100, Pittsburgh, PA 15241-1207 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14951161 | + | American Recovery Service, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983 |
| 14930693 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14970041 | + | Borough of Millvale, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14930694 | + | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14962260 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14951162 | + | Central Credit Services LLC, 9550 Regency Square Blvd. Ste 500A, Jacksonville, FL 32225-8169 |
| 14968836 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14951164 | + | D & A Services, 1400 E. Touchy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 14930699 | | Duquesne Light, c/o Peter J. Ashcroft, Esq., Suite 2200 Gulf Tower, Pittsburgh, PA15219 |
| 14951166 | + | Frederic Weinberg Law Offices, 375 E. Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 14930701 | + | Jason R. Johns, Esquire, 633 Long Run Road, McKeesport, PA 15132-7449 |
| 14951168 | + | MRS BPO L.L.C., 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14930704 | + | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14951169 | + | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14959357 | + | Sherman Originator III LLC, c/o Resurgent Capital @ PO Box 10497, Greenville, SC 29603-0497 |
| 14930706 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14959290 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14963925 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14930707 | | Wells Fargo Dealer Services, P.O Box 168048, Irving TX 75016-8048 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14937359 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 23:40:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14930698 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 10 2021 23:39:00 | Citizens Bank, NA, 770 Legacy Pl, Dedham, MA 02026 |
| 14968836 | + | Email/Text: RASEBN@raslg.com | Nov 10 2021 23:40:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14930696 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:39 | Citibank N.A., 399 Park Avenue, New York N.Y. 10022-4614 |
| 14930697 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 23:51:39 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14951163 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 10 2021 23:40:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14967471 | + | Email/Text: kburkley@bernsteinlaw.com | | |

Case 18-24020-GLT    Doc 95    Filed 11/12/21    Entered 11/13/21 00:29:20    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 10 2021 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14951165 | + | Email/Text: bknotice@ercbpo.com | Nov 10 2021 23:40:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14930700 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2021 23:40:00 | Gmfinancial, PO Box 181145, Arlington, TX 76096-1145 |
| 14951167 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Nov 10 2021 23:40:00 | JH Portfolio Debt Equities LLC, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14930695 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 23:51:30 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14930702 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2021 23:39:00 | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14960406 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 23:51:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14930703 | + | Email/Text: bk@lendingclub.com | Nov 10 2021 23:40:00 | Lending Club, Dept. 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14930705 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14968622 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2021 23:40:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14963367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 23:51:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955496 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 23:40:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14946276 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2021 23:40:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14951170 | + | Email/Text: compliance@sentrycredit.com | Nov 10 2021 23:40:00 | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 14930708 | + | Email/Text: bankruptcydept@wyn.com | Nov 10 2021 23:40:00 | Wynham Vacation Resorts, Inc., 10750 W Charleston Blvd., Last Vegas NV 89135-1049 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14959334 | *+ | American Recovery Service, Inc., 555 St. Charles Drive, Suite 100, Thousand Oaks, CA 91360-3983 |
| 14959335 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14959336 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14959341 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, NA, 770 Legacy Pl, Dedham, MA 02026 |
| 14959337 | *+ | Central Credit Services, LLC, 9550 Regency Square Blvd. Ste 500A, Jacksonville, FL 32225-8169 |
| 14959339 | *+ | Citibank N.A., 399 Park Avenue, New York N.Y. 10022-4614 |
| 14959340 | *+ | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14959342 | *+ | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14959343 | *+ | D & A Services, 1400 E. Touchy Ave Ste G2, Des Plaines, IL 60018-3338 |
| 14959344 | * | Duquesne Light, c/o Peter J. Ashcroft, Esq., Suite 2200 Gulf Tower, Pittsburgh, PA15219 |
| 14959345 | *+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14959346 | *+ | Frederic Weinberg Law Offices, 375 E. Elm Street, Ste 210, Conshohocken, PA 19428-1973 |
| 14959347 | *+ | Gmfinancial, PO Box 181145, Arlington, TX 76096-1145 |
| 14959349 | *+ | JH Portfolio Debt Equities LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |

| | | |
|---|---|---|
| 14959338 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14959348 | *+ | Jason R. Johns, Esquire, 633 Long Run Road, McKeesport, PA 15132-7449 |
| 14959350 | *+ | Kohl/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14959351 | *+ | Lending Club, Dept. 34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 14959352 | *+ | MRS BPO, L.L.C, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14959354 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 14959353 | *+ | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14959355 | *+ | Radius Global Solutions LLC, Po Box 390905, Minneapolis, MN 55439-0905 |
| 14959356 | *+ | Sentry Credit, Inc., PO Box 12070, Everett, WA 98206-2070 |
| 14959358 | *+ | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14959359 | * | Wells Fargo Dealer Services, P.O Box 168048, Irving, TX 75016-8048 |
| 14959360 | *+ | Wynham Vacation Resorts, Inc., 10750 W Charleston Blvd., Last Vegas NV 89135-1049 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021                                      Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jason R. Johns | on behalf of Debtor Peter Frank Rotondo Jr. jjohns@palawfirm.com, jason.johns@johnslawpc.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Millvale jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7